# Sixth District Court of Appeal
# State of Florida

_____

Case No. 6D2024-0304
Lower Tribunal No. 2022-DP-448

_____

In the Interest of A.S. and K.K., children.

S.S.,

Appellant,

v.

Department of Children and Families,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


David J. Joffe, of Joffe Law, P.A., Fort Lauderdale, for Appellee.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED